**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   06-cv-01098-LTB-PAC

NOREEN L. MCGAUGHEY,

      Plaintiff,

v.

TIME WARNER CABLE INC., a Delaware corporation,

      Defendant.
_____

ORDER OF DISMISSAL
_____

      Upon Plaintiff's Unopposed Motion to Dismiss With Prejudice (Doc 5 - filed April 13, 2007), it is

      ORDERED that this action is DISMISSED WITH PREJUDICE, each party to bear their own attorney fees and costs.

      BY THE COURT:

        s/Lewis T. Babcock  
      Lewis T. Babcock, Chief Judge

DATED:   April 16, 2007